IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 10 2017
CLERK, U.S. DISTRICT COURT
By_____ Deputy

| | | |
|---|---|---|
| ATOS IT SOLUTIONS & SERVICES, INC., | § § § | |
| Plaintiff, | § § § | |
| VS. | § § | NO. 4:16-CV-1155-A |
| ANGIEL ELECTRICAL CONSTRUCTION CORPORATION, ET AL., | § § § § | |
| Defendants. | § | |

FINAL JUDGMENT

Consistent with the joint stipulation of dismissal with prejudice filed by plaintiff, Atos IT Solutions & Services, Inc., and defendants, Angiel Electrical Construction Corporation and Eaton Corporation, this date,

The court ORDERS, ADJUDGES, and DECREES that all claims and counterclaims asserted in this action be, and are hereby, dismissed with prejudice.

The court further ORDERS, ADJUDGES, and DECREES that each party bear the court costs and attorney's fees incurred by that party.

SIGNED October 10, 2017.

_____
JOHN McBRYDE
United States District Judge